

June 6, 2024

Hon. Judge Dale E. Ho
United States District Judge
United States Courthouse
40 Foley Square,
New York, NY 10007

RE: **KARIM v. COUNTRY LIFE, LLC**
**DOCKET NO. 1:24-cv-3048**

Dear Judge Ho:

The undersigned represents Jessica Karim, the plaintiff in the above-referenced matter. I write to advise the Court that this case has been settled in principle.

The parties are currently in the process of finalizing settlement terms and conditions and we anticipate filing a Stipulation of Dismissal with Prejudice within the next forty-five (45) days. As such, the undersigned respectfully requests that the Court adjourn all deadlines sine die, and allow the parties forty-five (45) days to finalize settlement.

Thank you for your time and consideration on this matter.

Respectfully,

Gabriel A. Levy